UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )    Case No. 5:26-cr-00038-GFVT-MAS
v.    )
    )
EMILIO CORRO-SENA,    )
    )    **ORDER**
    Defendant.    )
    )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 27.] On June 10, 2026, the Defendant appeared before Judge Stinnett following the Defendant's Motion for Rearraignment. [R. 21; R. 25.] Judge Stinnett found that the Defendant pled guilty to Count 1 of the Indictment in a knowing, voluntary, and intelligent fashion, and that an adequate factual basis supported the plea as to each essential offense element. [R. 27.] As such, Judge Stinnett recommended that this Court accept the Defendant's guilty plea, and the Defendant be adjudged guilty of Count 1 of the Indictment. *Id.* at 3.

The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Emilio Corro-Sena knowingly, voluntarily, and intelligently pled guilty to Count 1 of the Indictment and that an adequate factual basis supports the plea as to this count.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 27]** is **ADOPTED** and as for the Opinion of the Court;

2. Defendant Emilio Corro-Sena is **ADJUDGED** guilty of Count 1 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 18th day of June, 2026.

Gregory F. Van Tatenhove
United States District Judge